AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELINE AGNES CLAXTON | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case: CV 12-00433 JMS KSC |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| UNITED STATES OF AMERCIA | June 25, 2013 |
| | At 11 o'clock and 20 min a.m. SUE BEITIA, CLERK |
| Respondent. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the, "FINAL ORDER DENYING MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY; AND DENYING CERTIFICATE OF APPEALABILITY", by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, June 25, 2013.

| June 25, 2013 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by GS |
| | (By) Deputy Clerk |